UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-02067-KK-DTBx** | Date: | April 17, 2026 |
|---|---|---|---|

Title:   *Fermin Eduardo Medina v. General Motors LLC et al.*

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order to Show Cause Why Sanctions Should Not Be
Imposed for Failure to File Pretrial Documents and Joint Status Report**

On October 6, 2025, the Court issued a Civil Trial Scheduling Order setting forth the filing
schedule for pretrial documents prior to the Final Pretrial Conference scheduled for April 30, 2026.
ECF Docket No. ("Dkt.") 21 at 5-11; see also C.D. Cal. L.R. 16-4–16-7.  The pretrial documents
were due no later than fourteen and twenty-one days prior to the Final Pretrial Conference.  Dkt. 21.
Further, the Court ordered the parties to complete private mediation proceedings by April 9, 2026,
and to file a joint report no later than seven days after the proceedings regarding the progress of
settlement discussions.  Dkts. 21-22.  To date, the parties have failed to file any pretrial documents
or a joint report regarding settlement.

The Court has inherent power to impose sanctions for willful disobedience of a court order.
See Evon v. Law Offs. of Sidney Mickell, 688 F.3d 1015, 1035 (9th Cir. 2012).  Before imposing
sanctions, however, the Court will afford the parties an opportunity to explain their failure to file the
required pretrial documents and a joint status report as directed by the Court's October 6, 2025
Order.

Accordingly, both parties are **ORDERED TO SHOW CAUSE** in writing no later than
April 20, 2026, why they should not be sanctioned in the amount of $500 each for failing to comply
with the Court's October 6, 2026 Order.  Furthermore, **Plaintiff is expressly warned that failure
to file a timely response to this Order will result in this action being dismissed without
prejudice for failure to prosecute and comply with Court orders.  See Fed. R. Civ. P. 41(b).**

In addition, both parties are ordered to file the required pretrial documents and joint status report **no later than April 25, 2026**.  Failure to comply with result in additional sanctions and may include the striking of the request for jury trial

**IT IS SO ORDERED.**